Order entered August 20, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00256-CR

**RICHARD GONZALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-82083-2012**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Christopher Routt to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Mr. Routt to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **OCTOBER 31, 2013**.

We **DENY** appellant's August 16, 2013 motion for appointment of new counsel.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court, and to Christopher Routt.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Richard Gonzales, Jr., TDCJ No. 01835502, Hutchins State Jail, 1550 E. Langdon Road, Dallas, Texas 75241.

/s/      LANA MYERS
         JUSTICE